UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-cr-422-T-SPF

NICHOLAS SKAROULIS

### **FINAL ORDER OF FORFEITURE**

The United States moved under 21 U.S.C. § 853 and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of forfeiture for the non-living natural sponge contained in four boxes bearing USPS Tracking Numbers CJ547359537US, CJ547359877US, CJ547360800US, and CJ547376141US (Doc. 31), which were subject to a November 21, 2019 preliminary order of forfeiture (Doc. 20).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from November 22, 2019, and ending on December 21, 2019, the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov. Doc. 27. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests

within 60 days of the first date of publication. No other persons or entities filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets is now vested in the United States of America.

**ORDERED** in Tampa, Florida, this 23rd day of January 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record